# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Darrell L. Gibson

Case No. Civil 01-1175 JRT/FLN

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

Rob Mundt, Warden

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's application to proceed without prepayment of fees is denied. This action is dismissed without prejudice.

DATE: September 18, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk